FILED
CLERK, U.S. DISTRICT COURT

5/30/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___MMC___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>             v.<br><br>GUSTAVO TORRES, and<br>KIARA JAIME-FLORES,<br><br>             Defendants. | CR 2:25-CR-00424-PA<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 372: Conspiracy to Impede an Officer] |

The Grand Jury charges:

[18 U.S.C. § 372]

A.   OBJECT OF THE CONSPIRACY

1.   Beginning on a date unknown to the Grand Jury, and continuing until on or about February 28, 2025, in Los Angeles County, within the Central District of California, defendants GUSTAVO TORRES ("TORRES") and KIARA JAIME-FLORES ("FLORES"), and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to prevent by force, intimidation, and threats, officers and employees of the United States Department of Homeland Security from discharging the duties of their office.

B.   MANNER AND MEANS OF THE CONSPIRACY

2.   The object of the conspiracy was to be accomplished, in substance, as follows:

a.   Defendants TORRES and FLORES would gather with members of the public at a site where law enforcement officers were executing a federal search warrant issued by a Magistrate Judge in the Central District of California;

b.   Defendants TORRES and FLORES would wait until those law enforcement officers had executed the search warrant and watch those officers enter their government vehicles;

c.   Defendants TORRES and FLORES would enter a vehicle that belonged to defendant FLORES and follow the law enforcement officers in their government vehicles;

d.   Defendants TORRES and FLORES would forcibly use defendant FLORES's vehicle to: (1) block intersections and hinder the government vehicles' free passage, (2) swerve at the government vehicles, (3) speed past, toward, and around the government vehicles, and (4) aggressively apply the brakes while traveling in front of the government vehicles.

C.   OVERT ACTS

3.   On or about the following dates, in furtherance of the conspiracy and to accomplish the object of the conspiracy, defendants TORRES and FLORES, and others known and unknown to the Grand Jury, committed various overt acts within the Central District of California, and elsewhere, including, but not limited to, the following:

Overt Act No. 1:   On February 28, 2025, defendants TORRES and FLORES went to an address on East 61st Street in Los Angeles, where

law enforcement officers A.L., F.C., S.L., T.H., J.C., and A.D. were executing a federal search warrant issued by a Magistrate Judge in the Central District of California.

Overt Act No. 2:    On February 28, 2025, as officers A.L., F.C., S.L., T.H., J.C., and A.D. were leaving the site of the search warrant in three U.S. government vehicles, defendants TORRES and FLORES entered a Honda Fit to follow the officers.

Overt Act No. 3:    On February 28, 2025, at or near the intersection of 61st Street and Broadway in Los Angeles, while the three U.S. government vehicles carrying the officers were waiting at a traffic light, defendants TORRES and FLORES drove into oncoming traffic lanes to pass the three U.S. government vehicles and position the Honda Fit across the traffic lanes to block and impede the three U.S. government vehicles.

Overt Act No. 4:    On February 28, 2025, after the three U.S. government vehicles went through the intersection of 61st Street and Broadway, defendants TORRES and FLORES continued to follow the U.S. government vehicles as they drove through Los Angeles.

Overt Act No. 5:    On February 28, 2025, at or near the intersection of Broadway and Gage Avenue, in Los Angeles, defendants TORRES and FLORES sped to get near the three U.S. government vehicles and swerved the Honda Fit towards the vehicles.

Overt Act No. 6:    On February 28, 2025, at or near the intersection of Broadway and Gage Avenue, in Los Angeles, defendants TORRES and FLORES got near or in front of the U.S. government vehicles and defendant TORRES quickly applied the Honda Fit's brakes.

Overt Act No. 7:    On February 28, 2025, at or near the intersection of Gage and Grand Avenues, in Los Angeles, defendants

TORRES and FLORES made a U-turn in a gas station parking lot to reposition the Honda Fit back towards Gage Avenue and to regain visibility of the three U.S. government vehicles.

Overt Act No. 8:    On February 28, 2025, defendants TORRES and FLORES followed the three U.S. government vehicles on to the 110 freeway, accelerating and crossing multiple lanes of traffic to continue their pursuit.

Overt Act No. 9:    On February 28, 2025, at 10:18 a.m., defendant FLORES posted an image to social media showing cars on the freeway with the caption "We Try To Stop [stop sign emoji] But I Can't Do It Alone! We Need To Stick Together To Stop Them For as Long

//

//

As We Can ! Please [prayer hands emoji] Let's Fight Together In A Good Way! Somos Más Gente Que Officiales migra !"


                                        A TRUE BILL


                                        /S/
                                        Foreperson


BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

*Frances S. Lewis*

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes
Section

MATTHEW J. TAKO
Assistant United States Attorney
General Crimes Section