**FILED**
CLERK, U.S. DISTRICT COURT
11/05/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: KM DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:25-cr-00424-PA-1 |
|---|---|
| Plaintiff, | **FIRST SUPERSEDING INFORMATION** |
| v. | |
| GUSTAVO TORRES, | [18 U.S.C. § 1501: Obstruction, Resistance, or Interference with a Federal Officer] |
| Defendant. | |
| | [CLASS A MISDEMEANOR] |

The United States of America charges:

[18 U.S.C. § 1501]

On or about February 28, 2025, defendant GUSTAVO TORRES, in Los Angeles County, within the Central District of California, did knowingly and willfully, obstruct, resist, and oppose officers of the United States Department of Homeland Security, duly authorized, in

//
//
//
//
//
//

serving, executing, and attempting to serve and execute a legal and judicial writ and process of a court of the United States or United States magistrate judge, namely, a search warrant.

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

*/s/ Frances S. Lewis*

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

CHRISTINA R.B. LÓPEZ
Assistant United States Attorney
General Crimes Section